# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OLGA KAISER POWELL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:09-cv-01079-LDG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| TEXVANS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On October 4, 2010, Defendants filed their Opposition to Plaintiffs' Motion for Reconsideration/Clarification of the Court's September 9, 2010 Minute Order (#68). Attached as an exhibit to this opposition is a photocopy of Defendant Solovi's social-security card and commercial driver's license. (#68-1).

Under Fed.R.Civ.P. 5.2(a), no filing with the court shall include an individual's complete social-security number, birth date, or financial-account number. If a party finds it necessary to include such information, it may request that the Court seal the filing or the party may redact the document filed so that it includes only the last four digits of the individual's social-security number, the year of birth, and the last four digits of the financial-account number. Fed.R.Civ.P. 5.2(a). **The Court cautions Defendants not to file additional documents that violate the privacy protection provisions of Rule 5.2.** Accordingly,

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that the Clerk of the Court shall seal Exhibit A to Defendants' Opposition to Plaintiffs' Motion for Reconsideration/Clarification of the Court's September 9, 2010 Minute Order (#68).

DATED this 5th day of October, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge