# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OLGA KAISER POWELL, *et al.*,           )
        Plaintiffs,           )    Case No.  2:09-cv-01079-LDG-GWF
                              )
vs.           )    **ORDER**
                              )
TEXVANS, INC., *et al.*,           )
        Defendant.           )
_____)

       This matter is before the Court on Plaintiff's counsel's letter to the Court dated January 5, 2011, which requests that the Court issue an order specifically requiring the Social Security Administration to produce records to Plaintiff's counsel.  (#91).

       On November 18, 2010, the undersigned magistrate judge issued an order authorizing Plaintiff to obtain a copy of Defendant Viliamu Taimane Solovi's disability claims file from the Social Security Administration in a sealed envelope or container.  (#78).  The order further instructed that once Plaintiff's counsel received the sealed envelope from the Social Security Administration, the sealed envelope and the records therein should be delivered to the undersigned magistrate judge's chambers for *in camera* review.  (*Id.*)  On the same day, the Court also issued a qualified protective order directing how all personal health information discovered in this action should be handled and later disposed of.  (#79).

       In the present letter, Plaintiff's counsel indicates that the Social Security Administration will not release any of Mr. Solovi's information without a specific order from the Court directing the agency to release records.  (#91).  Based on counsel's representations, the Court will now order the Social Security Administration to release Mr. Solovi's Social Security Disability claims file in a sealed envelope or container to Plaintiff's counsel.  Accordingly,

**IT IS HEREBY ORDERED** that the Social Security Administration shall provide to the office of Plaintiff's attorney, Leonard Stone, **in a sealed envelope or container**, a copy of any Social Security Disability claims file associated with Mr. Viliamu Taimane Solovi (DOB: xx/xx/xxxx; Soc. Sec. No. xxx-xx-xxxx).

**IT IS FURTHER ORDERED** that Plaintiff's counsel **shall deliver unopened** any records received from the Social Security Administration related to Mr. Solovi to the chambers of the undersigned magistrate judge for *in camera* review.

**IT IS FURTHER ORDERED** that any records released by the Social Security Administration related to this action are governed by the Court's Qualified Protection Order (#79) and should be treated accordingly.

**IT IS FURTHER ORDERED** that the hearing on this motion scheduled for January 13, 2011 at 9:30 a.m. is **vacated.**

DATED this 12th day of January, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**