UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OLGA KAISER POWELL, *et al.*, ) | |
|       Plaintiffs, ) | Case No.  2:09-cv-01079-LDG-GWF |
| vs. ) | **ORDER** |
| TEXVANS, INC., *et al.*, ) | |
|       Defendant. ) | |

    This matter is before the Court on Defendants' Withdrawal of Defendants' Motion for Protective Order and to Quash (#115), filed February 14, 2011.  Upon review and consideration,

    **IT IS HEREBY ORDERED** that Defendants' Withdrawal of Defendants' Motion for Protective Order and to Quash (#115) is **granted**.  Accordingly, Defendants' Motion for Protective Order and to Quash (#102) is **withdrawn** and the hearing on February 16, 2011 at 2:00 p.m. is **vacated**.

    DATED this 15th day of February, 2011.

                                                                     GEORGE FOLEY, JR.
                                                                      United States Magistrate Judge