# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OLGA KAISER POWELL, *et. al.*,

                Plaintiffs,      Case No.   2:09-cv-1079-LDG-GWF

vs.                                          **ORDER**

TEXVANS, INC., *et. al.*,

                Defendants.

On November 18, 2010, the Court issued an order authorizing Plaintiff to request Defendant Viliamu Taimne Solovi's Social Security Disability claims file from the Social Security Administration ("SSA") under the conditions of the protective order in this case. (#78). Once the SSA records were received, the Court directed Plaintiff to submit them to the Court for *in camera* review to determine if the records contain information relevant to Mr. Solovi's physical or mental condition on or about June 11, 2008. (*Id.*) Plaintiff's counsel delivered the records to the Court in early February 2011.

Upon review and consideration, the Court finds that the SSA records are relevant to Defendant Solovi's medical condition at the time of the subject accident.

**IT IS THEREFORE ORDERED** that the Plaintiff's counsel can pick up the SSA records in my chambers, Room 3099.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall provide defense counsel with a complete copy of the SSA file within ten (10) days of this order.

DATED this 11th day of March, 2011.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge