# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OLGA KAISER POWELL, *et al.*, | )<br>) |
| Plaintiffs, | ) Case No.  2:09-cv-01079-LDG-GWF |
| vs. | ) **ORDER** |
| TEXVANS, INC., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court Defendants' Request for Exemption from Attendance at the Settlement Conference (#135) filed March 28, 2011 and Plaintiffs' Response to Defendants' Request for Exemption (#140) filed March 31, 2011.  Upon review and consideration,

**IT IS ORDERED** that Defendants' Request for Exemption from Attendance at the Settlement Conference (#135) is **granted**.  Mr. Solovi should be available during the conference by telephone to the extent communication with him should be necessary.

DATED this 4th day of April, 2011.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge