UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OLGA KAISER POWELL, *et al.*, ) | |
| Plaintiffs, ) | Case No.  2:09-cv-01079-LDG-GWF |
| vs. ) | **ORDER** |
| TEXVANS, INC., *et al.*, ) | Request for Exemption (#143) |
| Defendant. ) | |

This matter is before the Court on Defendants' Request for Exemption from Attendance at the Settlement Conference (#143), filed April 27, 2011.

Defendants seek leave for the representative of Defendants' excess carrier to be excused from appearing at the settlement conference scheduled for May 16, 2011 as the representative resides in Georgia.  (*Id.*)  Upon review and consideration, the Court finds that Defendants have shown good cause for the excess carrier representative to be exempted from appearing at the settlement conference.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Request for Exemption from Attendance at the Settlement Conference (#143) is **granted**.

DATED this 29th day of April, 2011.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE