# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OLGA KAISER POWELL, *et al.*, ) | |
| ) Plaintiffs, ) | Case No.  2:09-cv-01079-LDG-GWF |
| ) vs. ) | **ORDER** |
| ) TEXVANS, INC., *et al.*, ) | |
| ) Defendant. ) | |

At a hearing on March 17, 2011, the Court ordered Defendants to submit the Social Security records of Viliami Solov, along with a privilege log detailing any privilege asserted, to the Court for *in camera* review. The parties reached a settlement agreement on May 16, 2022. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's request that Mr. Solov's Social Security records be produced is now **moot** and the **records will be destroyed**.

DATED this 17th day of May, 2011.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE